NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3268

KEVIN J. REARDON,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board in DC1221090361-W-1.

ON MOTION

ORDER

The Department of Homeland Security (DHS) moves to reform the official caption to designate the Merit Systems Protection Board as respondent. DHS also moves for leave to intervene. Kevin J. Reardon opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motions are denied.

(2)  The Department should calculate its brief due date from the date of filing of this order.

FOR THE COURT

DEC 0 4 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  R. Scott Oswald, Esq.
Lauren A. Weeman, Esq.
Calvin Morrow, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 4 2009

JAN HORBALY
CLERK

2009-3268                                   2